1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL SALVO,<br><br>                 Plaintiff,<br><br>   v.<br><br>CITY OF SEATTLE,<br><br>                Defendant. | CASE NO. 25-cv-01274<br><br>ORDER |

      Before the Court is pro se Plaintiff's Motion for Extension of Time.  Dkt. # 10.  The Court has considered the motion, Defendant's response at Dkt. # 15, the rest of the file, and the governing law.  Being fully advised, the Court GRANTS in part and DENIES in part the motion.

      Plaintiff's deadline for responding to the motion to dismiss at Dkt. # 8 is EXTENDED to **September 18, 2025**.

      The Court DIRECTS the Clerk to re-note the motion to dismiss at Dkt. # 8 for September 25, 2025.

//

//

//

ORDER - 1

Dated this 11th day of August, 2025.

*John H. Chun*
John H. Chun
United States District Judge

ORDER - 2