UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

Michael Salvo,

          Plaintiff,

  v.

City of Seattle,

          Defendant.

No. 2:25-CV-01274-JHC

**ORDER**

Before the Court is Defendant's unopposed motion to dismiss, Dkt. # 8. The Court has considered the materials filed in connection with the motion, the rest of the file, and the governing law.

For the reasons stated in the motion, the Court GRANTS it. Moreover, the factors outlined in *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995), also weigh in favor of granting the motion. *See also* LCR 7(b)(2). The Court DISMISSES all claims in this matter with prejudice.

Furthermore, the Court DENIES as moot Plaintiff's motion to stay.[1] Dkt. # 17.

//

//

---

[1] Even if the motion to stay were not moot, the Court would be inclined to exercise its discretion to deny it for the reasons presented at Dkt. # 19.

ORDER
No. 2:25-CV-01274-JHC

1   Dated this 26th day of September, 2025.

*John H. Chun*
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER - 2
No. 2:25-CV-01274-JHC